# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GREGORY G WHITE,

        Petitioner,     :     Case No. 3:18-cv-289

                                      District Judge Thomas M. Rose
- vs -                               Magistrate Judge Michael R. Merz

WARDEN, London Correctional Institution,

        Respondent.     :

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (ECF Nos. 8, 9) to the Magistrate Judge's Transfer Order (ECF No. 7).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a report analyzing the Objections and making recommendations based on that analysis.

September 21, 2018                         *s/Thomas M. Rose

                                                                     Thomas M. Rose
                                                            United States District Judge