# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GREGORY G. WHITE,

        Petitioner,    :    Case No. 3:18-cv-289

- vs -    District Judge Thomas M. Rose
    Magistrate Judge Michael R. Merz

NORMAN ROBINSON, Warden,
  London Correctional Institution

    :

        Respondent.

## RECOMMITTAL ORDER

This habeas corpus case is before the Court on Petitioner's Objections (ECF No. 14) to the Magistrate Judge's Supplemental Report and Recommendations again recommending transfer to the Sixth Circuit (ECF No. 11).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

October 22, 2018        *s/Thomas M. Rose

                        Thomas M. Rose
                     United States District Judge