# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| GREGORY G. WHITE, | : | Case No. 3:18-cv-289 |
| | : | |
| Petitioner, | : | Judge Thomas M. Rose |
| | : | |
| v. | : | |
| | : | |
| NORMAN ROBINSON, Warden, | : | |
| London Correctional Institution, | : | |
| | : | |
| Respondent. | : | |

_____

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOCS. 8, 9, 14, 17, 18); ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. 11) AND SECOND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. 16); AND TRANSFERRING CASE TO THE SIXTH CIRCUIT FOR CONSIDERATION UNDER 28 U.S.C. § 2244(b)**
_____

This habeas corpus action is before the Court on Petitioner Gregory G. White's Objections (Docs. 8, 9, 14, 17, 18) to Magistrate Judge Michael R. Merz's Transfer Order (Doc. 7), Supplemental Report and Recommendations (Doc. 11), and Second Supplemental Report and Recommendations (Doc. 16). Magistrate Judge Merz recommended that the Court order the Clerk to transfer this case to the Sixth Circuit under 28 U.S.C. § 2244(b) to determine whether it may proceed. White objected to Magistrate Judge Merz's transfer recommendation, as set forth in his entries in this matter. This matter is now ripe for the Court's review.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that White's Objections (Docs. 8, 9, 14, 17, 18) are not well-taken and they are hereby **OVERRULED**. The Court **ADOPTS** the Supplemental Report and Recommendations (Doc. 11) and Second Supplemental Report and Recommendations (Doc. 16) in their entirety. Accordingly, the Clerk is

ordered to **TRANSFER** this case to the Sixth Circuit under 28 U.S.C. § 2244(b) for its determination of whether it may proceed.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, November 7, 2018.

s/Thomas M. Rose

_____

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
